LAURA E. DUFFY
United States Attorney
ALANA W. ROBINSON
Assistant U.S. Attorney
California State Bar No. 137979
Federal Office Building
880 Front Street, Rm. 6293
San Diego, California 92101-8893
Telephone: (619) 557-5493
Email: alana.robinson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JESUS AMEZCUA-CONTRERAS (1),  )<br>LUIS AMEZCUA-CONTRERAS (2),  )<br>  )<br>Defendants.  )<br>_____) | Criminal Case No. 98cr1897-LAB<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND RECALL OUTSTANDING WARRANTS |

COMES NOW the United States of America, by and through its counsel, LAURA E. DUFFY, United States Attorney, and Alana W. Robinson, Assistant U.S. Attorney, and hereby moves this Court to dismiss without prejudice the indictment in the above-captioned case against defendants JESUS AMEZCUA-CONTRERAS (1), and LUIS AMEZCUA-CONTRERAS (2), in the interest of justice. Given the age of the case, critical evidence and witnesses are no longer available should the defendant be apprehended. It is further requested that the outstanding warrants for JESUS AMEZCUA-CONTRERAS (1), and LUIS AMEZCUA-CONTRERAS (2), be recalled.

DATED: October 20, 2011.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

*/s/ Alana W. Robinson*
ALANA W. ROBINSON
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS AMEZCUA-CONTRERAS (1),<br>LUIS AMEZCUA-CONTRERAS (2),<br><br>　　　　Defendants. | Case No. 98cr1897-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Alana W. Robinson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

**Defendants are fugitive and service is not possible**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2011.

　　　　　　　　　　　　　　　　*/s/ Alana W. Robinson*
　　　　　　　　　　　　　　　　ALANA W. ROBINSON
　　　　　　　　　　　　　　　　Assistant U.S. Attorney