**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED
NOV - 4 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JESUS AMEZCUA-CONTRERAS (1),

        Defendant.

CASE NO. 98CR1897-LAB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:846, 841(a)(1) - Conspiracy to Manufacture Methamphetamine (1); 21: 846,841(a)(1) - Conspiracy to Distribute Methamphetamine (2); 21: 846, 841(d)(1), 801(33) and 802(34)(C) - Conspiracy to Possess Ephedrine with Intent to Manufacture Methamphetamine (3); 21:841(b)(1)(B), 848(b) - Continuing Criminal Enterprise(4)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/31/2011

I have executed within Dismissal
Judgement and Commitment on 11/3/2011
United States Marshal
By: _____
USMS Criminal Section

_Larry A. Burns_
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE